IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RODNEY F. JACKSON,

                    Plaintiff,                                    **8:25CV739**

          vs.

SODEXO, INC.,                                                       **ORDER**

                    Defendant.

This matter is before the Court on its own motion. Plaintiff contacted the undersigned's chambers to inform the Court that he is in the hospital for the next couple of weeks and will not be able to meet the February 23, 2026, deadline to file an amended complaint. *See* Filing No. 6. Upon consideration and for good cause shown,

IT IS ORDERED that:

1.      Plaintiff's deadline to file an amended complaint is extended by an additional 30 days to **March 25, 2026**.

2.      The Clerk of Court is directed to terminate the previous pro se case management deadline of February 23, 2026, and set a new pro se case management deadline using the following text: **March 25, 2026**: check for amended complaint.

Dated this 29th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge